# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL DOCKET NO.: 5:03CR4

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>PHILIP TYRONE MORRISON (20), )<br>)<br>Defendant. )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court on Defendant's "Ex Parte Motion to Obtain Copy of Presentence Investigation Report," filed August 1, 2005.

Defendant, through counsel, seeks authorization for release of certain non-public materials in order to better prosecute his appeal before the United States Court of Appeals for the Fourth Circuit. Upon a showing of good cause, the Motion will be <u>granted</u>. However, Defendant and his counsel are instructed that the Pre-Sentence Report is being disclosed for the sole purpose identified within the instant motion and this Order. Upon the conclusion of Defendant's appeal before the Fourth Circuit Court of Appeals, the Pre-Sentence Report should either be retained in counsel's files or destroyed.

**IT IS, THEREFORE, ORDERED THAT** Defendant's "Ex Parte Motion to Obtain Copy of Presentence Investigation Report" is hereby **GRANTED**. Accordingly, United States Probation is authorized to release a copy of Defendant Morrison's Pre-Sentence Report to Attorney William E. Loose.

The Clerk is directed to forward a copy of the Motion and this Order to the Defendant's attorney, United States Attorney, and United States Probation Department.

**Signed: August 5, 2005**

*Richard L. Voorhees* (signature)

Richard L. Voorhees
United States District Judge