# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.                                                 CASE NUMBER: 5:03-CR-0004-20

PHILLIP TYRONE MORRISON

THIS MATTER is before the Court sua sponte:

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshal Service is hereby ORDERED to transport and produce the body of Defendant, Phillip Tyrone Morrison (USM# 19242-058), for a resentencing hearing before the Honorable Kenneth D. Bell, in the Western District of North Carolina, Charlotte on or before August 13, 2019 for a hearing on August 14, 2019 at 11:15AM, and upon completion of the resentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

IT IS SO ORDERED.

Signed: July 12, 2019

Kenneth D. Bell
United States District Judge