IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:03-CR-00004-KDB-20

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PHILLIP TYRONE MORRISON | ) | |
| | ) | |

**THIS MATTER** is before the Court upon a May 16, 2007 motion of the defendant pro se for certain court records at government expense (Doc. No. 731).

The Court has reviewed the motion and finds that the motion is moot.

**IT IS, THEREFORE, ORDERED** that the defendant's motion for certain court documents (Doc. No. 731) is **DENIED**.

Signed: March 4, 2020

Kenneth D. Bell
United States District Judge